UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL AMICK and SARA AMICK, ) | |
| ) | |
| Plaintiffs, ) | |
| vs. ) | Case No. 17-CV-03391 |
| ) | |
| OREGON COUNTY, MISSOURI, ) | |
| ALTON, MISSOURI, SAM BARTON, ) | |
| KASS BRAZEAL, MICHAEL JOHNSON, ) | |
| ERIC KING, DARRIN SORRELL, ) | |
| TIM WARD, and RUSTY WARREN, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF CHANGE OF FIRM NAME

The firm of Keck & Austin, L.L.C. advises the Court and counsel of a change of the firm's name and email address **effective December 1, 2018** as follows:

> Keck, Phillips & Wilson, LLC
> Email: matt@kpwlawfirm.com

The address, phone number and fax number will remain the same as follows:

> 3140 E. Division St.
> Springfield, MO 65802
> Phone: 417-890-8989
> Fax: 417-890-8990

>> Respectfully submitted,
>>
>> KECK & AUSTIN, LLC
>>
>> By: */s/Matthew D. Wilson*
>> Patricia A. Keck    #42811
>> Matthew D. Wilson   #59966
>> 3140 E. Division
>> Springfield, Missouri  65802
>> Phone:  417-890-8989

1

pat@keckaustin.com
matt@keckaustin.com
*Attorneys for Defendants Oregon County, King, Ward and Sorrell*

## CERTIFICATE OF MAILING

The undersigned hereby certifies that a true and accurate copy of the foregoing document was sent via ECF this 28th day of November, 2018 to:

Joshua Loevy
Scott Rauscher
Loevy & Loevy
311 N. Aberdeen Street, 3rd Floor
Chicago, IL 60607

David S. Baker
Fisher, Patterson, Sayler & Smith, LLP
9229 Ward Parkway, Suite 370
Kansas City, MO 64114

Mr. Kenneth Berra
Fisher, Patterson, Sayler & Smith, LLP
51 Corporate Woods, Suite 300
Overland Park, KS 66210

Kevin M. Zoellner
Assistant Attorney General
State of Missouri
Attorney General's Office
Supreme Court Building
P.O. Box 899
Jefferson City, MO 65102

Caleb Wagner
Nicolas Taulbee
Assistant Attorney General
615 E. 13th Street, Suite 401
Kansas City, MO 64106

            */s/ Matthew D. Wilson*
             Matthew D. Wilson