UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL AMICK and SARA AMICK, ) | |
| ) | |
| Plaintiffs, ) | |
| vs. ) | Case No. 17-CV-03391 |
| ) | |
| OREGON COUNTY, MISSOURI, ) | |
| ALTON, MISSOURI, SAM BARTON, ) | |
| KASS BRAZEAL, MICHAEL JOHNSON, ) | |
| ERIC KING, DARRIN SORRELL, ) | |
| TIM WARD, and RUSTY WARREN, ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that complete copies of Defendants Oregon County, Eric King, Darrin Sorrell and Tim Ward's Fourth Supplemental Rule 26 Disclosures were served by email to counsel on the 12th day of February, 2019 upon:

Joshua Loevy
Scott Rauscher
Loevy & Loevy
311 N. Aberdeen Street, 3rd Floor
Chicago, IL 60607
Email: joshl@loevy.com
      scott@loevy.com

David S. Baker
Fisher, Patterson, Sayler & Smith, LLP
9229 Ward Parkway, Suite 370
Kansas City, MO 64114
Email: dbaker@fisherpatterson.com

Mr. Kenneth Berra
Fisher, Patterson, Sayler & Smith, LLP
51 Corporate Woods, Suite 300
Overland Park, KS 66210
Email: kberra@fisherpatterson.com

1

Caleb Wagner
Nicolas Taulbee
Assistant Attorney General
615 E. 13th Street, Suite 401
Kansas City, MO 64106
Email: Caleb.wagner@ago.mo.gov
    Nicolas.taulbee@ago.mo.gov

                        Respectfully submitted,

                        KECK, PHILLIPS & WILSON, LLC

                        By: */s/Matthew D. Wilson*
                            Patricia A. Keck      #42811
                            Matthew D. Wilson   #59966
                            3140 E. Division
                            Springfield, Missouri 65802
                            Phone: 417-890-8989
                            Email: pat@kpwlawfirm.com
                                  matt@kpwlawfirm.com
                            *Attorneys for Defendants Oregon County, King, Ward and Sorrell*