UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

MICHAEL AMICK and SARA AMICK, )
)
Plaintiffs, )
vs. ) Case No. 17-CV-03391
)
OREGON COUNTY, MISSOURI, )
ALTON, MISSOURI, SAM BARTON, )
KASS BRAZEAL, MICHAEL JOHNSON, )
ERIC KING, DARRIN SORRELL, )
TIM WARD, and RUSTY WARREN, )
)
Defendants. )

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO REQUESTS FOR ADMISSION

COME NOW the Defendants, by and through their undersigned counsel, and state the following to the Court for their Motion for an Extension of Time to Respond to Requests for Admission. In support of said Motion, Defendants state as follows:

1. Pursuant to the Court's current Scheduling Order (Doc. No. 46), discovery in this matter closes May 17, 2019, and trial is set to commence November 12, 2019.

2. On February 27, 2019, Plaintiff propounded the following discovery to Defendants:

   a. One hundred and thirty-three (133) Request for Admissions to Defendant King;

   b. One hundred and thirty-three (133) Request for Admissions to Defendant Ward;

   c. One hundred and thirty-three (133) Request for Admissions to Defendant Sorrell;

   d. One hundred and thirty-three (133) Request for Admissions to Defendant Oregon County;

*See* Certificate of Service at Doc. No. 126.

3. Pursuant to Rule 36 of the Federal Rules of Civil Procedure, these Defendants' responses to said Requests for Admission are due March 29, 2019.

4. Defendants respectfully request an additional thirty (30) days to respond to the five hundred and thirty-two (532) Requests for Admission propounded by Plaintiff.

5. This motion is brought in good faith, and without the intent to prejudice any party or delay these proceedings. Defendants do not anticipate that the granting of this motion will require a new trial date, or an extension of any other discovery deadlines.

6. Plaintiff's counsel have been contacted regarding this Motion, and have indicated no objection.

WHEREFORE, for the foregoing reasons, Defendants respectfully request the Court enter an order extending their deadline for responding to Plaintiff's Requests for Admission until at least April 29, 2019.

Respectfully submitted,
KECK & AUSTIN, LLC

By: */s/Matthew D. Wilson*
    Patricia A. Keck    #42811
    Matthew D. Wilson    #59966
    3140 E. Division
    Springfield, Missouri 65802
    Phone: 417-890-8989
    pat@keckaustin.com
    matt@keckaustin.com
    *Attorneys for Defendants Oregon County, King, Ward and Sorrell*

## CERTIFICATE OF MAILING

The undersigned hereby certifies that a true and accurate copy of the foregoing document was sent via ECF and email, this 14th day of March, 2019 to:

Joshua Loevy
Scott Rauscher
Loevy & Loevy
311 N. Aberdeen Street, 3rd Floor
Chicago, IL 60607

David S. Baker
Mr. Kenneth Berra
Fisher, Patterson, Sayler & Smith, LLP
9229 Ward Parkway, Suite 370
Kansas City, MO 64114

Kevin M. Zoellner
Assistant Attorney General
State of Missouri
Attorney General's Office
Supreme Court Building
P.O. Box 899
Jefferson City, MO 65102

Caleb Wagner
Adam Wright
Nicolas Taulbee
Assistant Attorney General
615 E. 13th Street, Suite 401
Kansas City, MO 64106

             */s/ Matthew D. Wilson*
               Matthew D. Wilson