# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

MICHAEL AMICK and SARA AMICK, )
)
                Plaintiffs, )
vs. ) Case No. 17-CV-03391
)
OREGON COUNTY, et al. )
)
                Defendants. )

## DEFENDANT'S MOTION FOR LEAVE TO FILE
## SUGGESTIONS IN SUPPORT IN EXCESS OF PAGE LIMITATION

COMES NOW Defendants, Eric King, Tim Ward and Darrin Sorrell (collectively the "Individual Defendants") by and through their counsel of record Keck, Phillips & Wilson, LLC, and respectfully request leave to file suggestions in support their Motion for Summary Judgment ("Motion") in excess of the page limitations imposed by the Local Rules of this Court:

1. The Court has ordered the parties to file dispositive motions regarding the federal claims raised in this case on July 22, 2019.

2. Pursuant to Local Rule 7(f), suggestions in support of motions for summary judgment are limited to 15 typed, double spaced pages.

3. The Individual Defendants Motion raises complex issues of state and federal law, and requires application of the law to an extensive record built by the parties during discovery.

4. The Individual Defendant respectfully requests leave to file Suggestions in Support of said Motion containing approximately[1] 25 pages of legal argument.

---

[1] Defendant notes that citations to the record take up a substantial amount of space in its brief, such that Defendants anticipate something less than 25 pages will actually be devoted to legal argument.

1

5. Defendants brief is as concise as reasonably possible, and the additional pages requested will assist the Court's determination of the issues raised therein. Moreover, Defendant will be prejudiced if not permitted to file a full and complete brief.

WHEREFORE, Defendants, Eric King, Tim Ward and Darrin Sorrell, respectfully move the Court for its Order allowing Defendants to file their Motion For Summary Judgment in excess of the page limitation, and for such other and further relief as the Court may deem just and proper.

Respectfully submitted,

KECK, PHILLIPS & WILSON, L.L.C.

By: /s/ Matthew D. Wilson
Patricia A. Keck   #42811
Matthew D. Wilson  #59966
3140 E. Division
Springfield, Missouri  65802
Phone:  417-890-8989
Fax:  417-890-8990
Email: pat@kpwlawfirm.com
          matt@kpwlawfirm.com
Attorneys for Defendants

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a complete copy of the foregoing was served via ECF this 22nd day of July, 2019 to:

Mr. Josh Loevy
Scott Rauscher
Loevy & Lovey
311 N. Aberdeen Street, 3rd Floor
Chicago, IL  60607

Christopher J. Lawler
Erika E. Lawler
4510 Belleview Avenue, Suite 202
Kansas City, Missouri 64111

/s/ Matthew D. Wilson
Matthew D. Wilson