IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| MICHAEL AMICK AND SARA AMICK, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> OREGON COUNTY, MISSOURI; KASS ) <br> BRAZEAL; MICHAEL JOHNSON; ERIC ) <br> KING; DARRIN SORRELL; and TIM ) <br> WARD, ) <br> ) <br> Defendants. ) | CASE NO. 17-03391-CV-S-BP <br><br> JURY TRIAL DEMANDED |

**PLAINTIFFS' MOTION TO STRIKE
DEFENDANTS' ADDITIONAL SUMMARY JUDGMENT BRIEF TO THE COURT**

Plaintiffs MICHAEL AMICK and SARA AMICK hereby move to strike Defendants' Additional Summary Judgment Brief to the Court, stating in support as follows:

1. On October 15, 2019, the Court gave Defendants leave to "to file a brief addressing their argument that witnesses in criminal proceedings are absolutely immune from § 1983 claims based on their testimony."

2. As explained in Plaintiffs' Suggestions in Support of their Motion to Strike, Defendants' Additional Summary Judgment Brief to the Court far exceeds the limited argument on which the Court permitted additional briefing.

3. Therefore, the Court should strike Defendants' Additional Summary Judgment Brief to the Court.

WHEREFORE, Plaintiffs respectfully request that the Court strike Defendants' Additional Summary Judgment Brief to the Court.

| /s/ Scott Rauscher <br> Arthur Loevy* <br> Jon Loevy* | /s/Christopher J. Lawler <br> Christopher J. Lawler, Mo. Bar# 52802 <br> Erika E. Lawler, Mo. Bar# 56213 |
|---|---|

| | |
|---|---|
| Scott Rauscher*<br>Josh Loevy<br>LOEVY & LOEVY<br>311 N. Aberdeen St., 3rd floor<br>Chicago, IL 60607<br>(312) 243-5900<br>*Attorneys for Michael Amick*<br>*Admitted *pro hac vice* | 4510 Belleview Avenue, Suite 202<br>Kansas City, Missouri 64111<br>(T) 816-912-4700 / (F) 866-567-9151<br>(chris@lawlerfirmllc.com)<br>*Attorneys for Sara Amick* |

## CERTIFICATE OF SERVICE

      I, Scott Rauscher, hereby certify that I caused a true and correct copy of the foregoing to be filed by ECF on November 4, 2019, which caused the foregoing to be served on all counsel of record.

                                        /s/ Scott Rauscher
                                        Scott Rauscher